UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LORD ANING,<br><br>                    *Defendant.* | **Order Modifying<br>Conditions of Release**<br><br>**21 Cr. 88 (JSR)** |

JED S. RAKOFF, U.S.D.J.

Pursuant to a joint conference call this morning with counsel for the Government and counsel for the defendant LORD ANING and on the consent of both parties, the Court hereby orders:

1. Due to the limited net worth of three sureties proposed by the defendant to the Government to co-sign the $500,000 bond set by Magistrate Judge Debra Freeman on March 29, 2021 (*see* ECF No. 26), the conditions of release set by Judge Freeman shall be modified to add the additional conditions of a curfew from 10:00 p.m. to 6:00 a.m. daily and location monitoring as directed by Pretrial Services, which must be in place within 24 hours of the defendant's release.

SO ORDERED:

Dated: New York, New York
       April 2, 2021

                                                                 _____
                                                           THE HONORABLE JED S. RAKOFF
                                                           UNITED STATES DISTRICT JUDGE