UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LORD ANING,

*Defendant.*

**Order Modifying
Conditions of Release**

**21 Cr. 88 (JSR)**

JED S. RAKFOFF, U.S.D.J.

Pursuant to a joint conference call this afternoon with counsel for the Government and counsel for the defendant LORD ANING and on the consent of both parties, the Court hereby modifies Defendant's conditions of release as follows:

1. The defendant may have access to a computer and internet provided that a computer monitoring program has been installed by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the monitoring is to be paid by the defendant.

SO ORDERED:

Dated: New York, New York
April 21, 2021

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE