UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order Modifying Conditions of Release** |
| v. | |
| LORD ANING, | **21 Cr. 88 (JSR)** |
| *Defendant.* | |

JED S. RAKOFF, U.S.D.J.

      Pursuant to a joint conference call on September 20, 2021 with counsel for the Government and counsel for the defendant LORD ANING, the Court hereby temporarily modifies Defendant's conditions of release as follows:

      1.    The defendant shall be permitted to travel to Maryland on September 26, 2021 from 8:00 a.m. to 8:00 p.m. for a wedding ceremony and reception.  Defendant shall notify Pretrial Services of the location of the ceremony and reception in advance of his travel.

SO ORDERED:

Dated: New York, New York
     September 20, 2021

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE