```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :     21-cr-88 (JSR)
          -v-                       :
                                    :
     LORD ANING,                    :     ORDER
                                    :
          Defendant.                :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The Court hereby grants defense counsel's request, to which neither Pretrial Services nor the Government objects, for defendant Lord Aning to travel to New York City on Sunday, February 27, 2022, in advance of his sentencing proceeding scheduled for 4:30 p.m. on Monday, February 28, 2022, and for Aning, if he is not remanded, to return to Virginia on Tuesday, March 1, 2022.

    SO ORDERED.

Dated:   New York, NY
         February 24, 2022

_____
JED S. RAKOFF, U.S.D.J.

1